# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | RUBEN CASTILLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6415 | **DATE** | January 17, 2008 |
| **CASE TITLE** | Samuel Franklin (K-60141) v. Cook County Department of Corrections | | |

**DOCKET ENTRY TEXT:**

The court appoints Todd S. Schenk, Tressler Soderstrom Maloney & Priess LLP, 233 S. Wacker Drive, Sears Tower 22nd Floor, Chicago, IL 60606 (312-627-4151), to represent plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rules 83.11(g) and 83.37. Plaintiff's amended complaint is dismissed without prejudice to appointed counsel filing a second amended complaint within 60 days if the second amended complaint comports with appointed counsel's obligations under Rule 11 of the Federal Rules of Civil Procedure.

■ [For further details see text below.]   Docketing to mail notices.

## STATEMENT

Plaintiff has submitted an amended complaint in accordance with the court's order of November 19, 2007. Plaintiff claims that on October 26, 2006, another inmate stabbed him in his left eye and that C/O Cunningham, the officer on duty when the assault occurred, failed to protect him. Because of the serious nature of these allegations, the court appoints Todd S. Schenk, Tressler Soderstrom Maloney & Priess LLP, 233 S. Wacker Drive, Sears Tower 22nd Floor, Chicago, IL 60606 (312-627-4151), to represent plaintiff in accordance with counsel's trial bar obligations under the District Court's Local Rules 83.11(g) and 83.37.

After investigation, appointed counsel should file a second amended complaint within 60 days if such amendment comports with counsel's obligations under Rule 11 of the Federal Rules of Civil Procedure. If counsel is unable to file a second amended complaint, he should so inform the court.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|