NM/des/323585                    Firm No. 14503                    70-1137-537

IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FRANKLIN, SAMUEL (K-60141),<br><br>              Plaintiff,<br><br>v.<br><br>CORRECTIONS OFFICER CUNNINGHAM,<br><br>              Defendant. | Case No. 07 C 6415<br>Judge Ruben Castillo |

## NOTICE OF ELECTRONIC MOTION/CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the **19th of March 2008** at **9:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ruben Castillo or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 2146** of the United States District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois and shall then and there present the **Motion for Extension of Time**, a copy of which is attached hereto and hereby served upon you

                                                  SAMUEL FRANKLIN

                                  By:_____/s/ Todd S. Schenk_____
                                             One of His Attorneys

Todd S. Schenk
Nicolas C. Mesco
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000
(312) 627-1717 fax

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

### CERTIFICATE OF SERVICE

TO:    Corrections Officer Cunningham
c/o Cook County Department of Corrections
2700 S. California Avenue
Chicago, IL 60608

I hereby certify that on March 12, 2008, there was electronically filed the Plaintiff's **Motion for Extension of Time** with the Clerk of Court using the CM/ECF system, copies of which are hereby served upon the aforesaid mentioned by United States mail.

SAMUEL FRANKLIN

By:     /s/ Todd S. Schenk
One of His Attorneys

Todd S. Schenk
Nicolas C. Mesco
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000