# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Samuel Franklin

                              Plaintiff,

v.                                              Case No.: 1:07−cv−06415
                                                    Honorable Ruben Castillo

D Cook County Department of Corrections

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 18, 2008:

     MINUTE entry before Judge Honorable Ruben Castillo:Plaintiff's motion for extension of time to file a second amended complaint [10] is granted. Plaintiff's appointed counsel is given until May 16, 2008 to file a second amended complaint. Motion hearing set for 3/19/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.