NM/des/326365                Firm No. 14503                70-1137-537

## IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

FRANKLIN, SAMUEL (K-60141),     )
                                )
            Plaintiff,          )
                                )   Case No. 07 C 6415
v.                              )   Judge Ruben Castillo
                                )
CORRECTIONS OFFICER CUNNINGHAM, )
                                )
            Defendant.          )

### NOTICE OF ELECTRONIC MOTION/CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that on the **14th of May 2008** at **9:45 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ruben Castillo or any judge sitting in his stead, in the courtroom usually occupied by him in **Room 2141** of the United States District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois and shall then and there present the **Plaintiff, Samuel Franklin's Second Motion for Extension of Time**, a copy of which is attached hereto and hereby served upon you

SAMUEL FRANKLIN

By:   /s/ Todd S. Schenk
         One of His Attorneys

Todd S. Schenk
Nicolas C. Mesco
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000
(312) 627-1717 fax

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

## CERTIFICATE OF SERVICE

TO:   Corrections Officer Cunningham
      c/o Cook County Department of Corrections
      2700 S. California Avenue
      Chicago, IL 60608

TO:   Ms. Jamie M. Sheehan
      Assistant State's Attorney
      500 Richard J. Daley Center
      Chicago, IL 60602

I hereby certify that on May 8, 2008, there was electronically filed the Plaintiff's **Second Motion for Extension of Time** with the Clerk of Court using the CM/ECF system, copies of which are hereby served upon the aforesaid mentioned by United States mail.

SAMUEL FRANKLIN

By:   /s/ Todd S. Schenk
      One of His Attorneys

Todd S. Schenk
Nicolas C. Mesco
Tressler, Soderstrom, Maloney & Priess, LLP
233 South Wacker Drive
Sears Tower, 22nd Floor
Chicago, IL 60606-6399
(312) 627-4000